## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Abaxes LLC

         Plaintiff,

v.                   Case No.: 1:22−cv−02109
                   Honorable Robert W. Gettleman

Alex Nedeltchev, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 6, 2022:

  MINUTE entry before the Honorable Robert W. Gettleman: On Stipulation [43] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the individual claims against the defendants are dismissed with prejudice and the putative class's claims are dismissed without prejudice. The parties' pending motions [12] [23] are terminated as moot. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.